**No. 58982.**—John V. Carr & Son *v.* United States, protests 168701–K, etc. (Detroit).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 58983.**—Bellmar Liquor Company *v.* United States, protest 117517–K (San Francisco).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155) and *United States* v. *The Josebra Company* (41 C. C. P. A. 206, C. A. D. 552), the claim of the plaintiff was sustained.

**No. 58984.**—Marland Company *v.* United States, protest 244469–K (New York).

Opinion by EKWALL, J. The case was submitted on the official papers transmitted to the court. An examination of the record failing to disclose sufficient proof to overcome the presumption of correctness attaching to the collector's assessment, the protest was overruled.